# Third District Court of Appeal
## State of Florida

Opinion filed February 23, 2022.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D21-87
Lower Tribunal No. 19-37473

————————————

**Jorge Gonzalez-Barrera, et al.,**
Appellants,

vs.

**Majorca Towers Condominium, Inc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

W. Sam Holland, for appellants.

Cole, Scott & Kissane, P.A., and Michael A. Rosenberg and Adrianna De La Cruz-Muñoz (Plantation), for appellees Majorca Towers Condominium, Inc., Robert Mitchell, Mario Larice, John Palaiologos, Iliana Alvarado, Rami Shmuely, and Gregorio Schapiro; Boyd Richards Parker & Colonnelli, P.L., and Elaine D. Walter and Yvette R. Lavelle, for appellee Becker & Poliakoff, P.A.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.